453 F.2d 395
 BLAYLOCK INVESTMENT CORPORATION, Plaintiff-Appellant,
v.
STANDARD TITLE INSURANCE COMPANY, Defendant-Appellee.
 No. 71-2961 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 11, 1972.
Rehearing Denied Jan. 28, 1972.
 
 Cecil E. Ramey, Jr., Thomas J. Wyatt, Shreveport, La., for plaintiff-appellant; Hargrove, Guyton, Van Hook & Ramey, Shreveport, La., of counsel.
 Charles H. Ryan, Monroe, La., Isaac A. Scott, Jr., Little Rock, Ark., for defendant-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 Based upon the reasoning of the opinion of the District Court, 335 F.Supp. 1284 (W.D.La.1971), this cause is
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 431 F.2d 409, Part I (5th Cir. 1970)